THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

JERRI BILZ,

    Plaintiff,                                       CASE NO.  10-cv-80327

v.

CAB ASSET MANAGEMENT, INC.

    Defendant.
_____/

## NOTICE OF VOLUNTARY DISMISSAL

JERRI BILZ (Plaintiff), by his attorneys, KROHN & MOSS, LTD., and pursuant to FRCP 41(a)(1)(i) (Dismissal of Actions - Voluntary Dismissal By Plaintiff Without Court Order) voluntarily dismisses, without prejudice, CAB ASSET MANAGEMENT, INC (Defendant), in this case.

                                                            RESPECTFULLY SUBMITTED,

                                                            By: /s/ James D. Pacitti_____
                                                            James D. Pacitti
                                                           FBN: 119768
                                                           Krohn & Moss, Ltd
                                                           10474 Santa Monica Blvd, Suite 401
                                                           Los Angeles, CA 90025
                                                           (323) 988-2400 x230
                                                           (866) 802-0021 (fax)
                                                           Email: jpacitti@consumerlawcenter.com